# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:06CR00062 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DAMIAN ANTONIO MURPHY,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** as follows:

    1. The defendant's ""MOTION FOR RELIEF FROM VOID JUDGMENT SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES, PURSUANT TO 60(b)(4)"(ECF No. 311) is DENIED, and the motion is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255;

    3. The Clerk is DIRECTED to redocket the motion (ECF No. 311) as a § 2255 motion;

    4. The § 2255 motion is hereby DENIED without prejudice as successive; and

5. A Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: December 5, 2013

/s/ James P. Jones
United States District Judge