# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:06CR00062-1 |
| v. | ) **OPINION** |
| DAMIAN ANTONIO MURPHY, | ) By: James P. Jones |
| | ) United States District Judge |
| Defendant. | ) |

*Damian Antonio Murphy, Pro Se Defendant.*

On August 19, 2016, the court docketed defendant Damian Antonio Murphy's letter about his convictions and sentences for conspiring to distribute a controlled substance and possessing counterfeit obligations or other securities of the United States. (ECF No. 317.) The court conditionally filed the letter on September 2, 2016, as a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 and ordered Murphy to file a form § 2255 motion within fifteen days. (ECF No. 318.) The court noted that a failure to comply would result in dismissal of the conditionally filed § 2255 motion without prejudice. (*Id*. at 3.)

More than fifteen days have passed, and Murphy has not responded to the court's order. Accordingly, I will dismiss the conditionally-filed § 2255 motion without prejudice.

DATED: October 14, 2016

/s/ James P. Jones
United States District Judge